UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRIMINAL NO. 05-80237

HONORABLE BERNARD A. FRIEDMAN

D-1    CHRISTOPHER COOPER,
D-2    SHAWN WILLIS

MAGISTRATE JUDGE VIRGINIA M. MORGAN

    Defendants.
_____/



## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

21 U.S.C. §846 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
AND TO DISTRIBUTE CONTROLLED SUBSTANCES

D-1 CHRISTOPHER COOPER
D-2 SHAWN WILLIS

That from in or about 1996 through in or about January 2005, in the Eastern District of Michigan, the Defendants, CHRISTOPHER COOPER and SHAWN WILLIS, did knowingly and intentionally combine, conspire, confederate and agree together with each other and other persons known and unknown to the grand jury to commit the following offense against the United States, to possess with intent to distribute and to distribute in excess of 5 grams of cocaine base (crack cocaine), a Schedule II controlled substance, contrary to the provisions of Section 841 (a)(1) of Title

21, United States Code; all in violation of 846 of Title 21, United States Code.

## COUNT TWO

21 U.S.C. § 841(a)(1) – DISTRIBUTION OF COCAINE BASE (CRACK COCAINE)

D-1     CHRISTOPHER COOPER

On or about January 28, 2005, in the Eastern District of Michigan, Southern Division, Defendant CHRISTOPHER COOPER did knowingly, intentionally and unlawfully distribute a measurable amount of cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

21 U.S.C. § 841(a)(1) –DISTRIBUTION OF COCAINE BASE (CRACK COCAINE)

D-1     CHRISTOPHER COOPER

On or about February 2, 2005, in the Eastern District of Michigan, Southern Division, Defendant CHRISTOPHER COOPER did knowingly, intentionally and unlawfully distribute more than five (5) grams of cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

21 U.S.C. § 841(a)(1) – DISTRIBUTION OF COCAINE BASE (CRACK COCAINE)

D-1     CHRISTOPHER COOPER

On or about February 10, 2005, in the Eastern District of Michigan, Southern Division,

Defendant CHRISTOPHER COOPER did knowingly, intentionally and unlawfully distribute more than five (5) grams of cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

18 U.S.C. §922(g) -- FELON IN POSSESSION OF A FIREARM

D-1    CHRISTOPHER COOPER

On or about February 15, 2005, in the Eastern District of Michigan, Southern Division, Defendant CHRISTOPHER COOPER, having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year (felony offense), did knowingly possess the following firearm: one (1) Interarms 9mm semi automatic pistol, serial number 1116310, which was manufactured outside the State of Michigan, and thus traveled in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

21 U.S.C. § 841(a)(1) – POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

D-2    SHAWN WILLIS

On or about February 15, 2005, in the Eastern District of Michigan, Southern Division, Defendant SHAWN WILLIS did knowingly, intentionally and unlawfully possess with intent to distribute more than 5 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

THIS IS A TRUE BILL.

*[signature]*
FOREPERSON
Dated: March 9, 2005

STEPHEN J. MURPHY
United States Attorney

*[signature]*
SHELDON N. LIGHT
Assistant U.S. Attorney
Chief, General Crimes Unit

*[signature]*
SUSAN E. GILLOOLY
Assistant U.S. Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>05-80237 |
|---|---|---|

BERNARD A. FRIEDMAN

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

MAGISTRATE JUDGE VIRGINIA M. MORGAN

### Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    X No | AUSA's Initials: SEG |

Case Title: USA v.  D-1 CHRISTOPHER COOPER    D-2 SHAWN WILLIS

County where offense occurred :  WAYNE

Check One:        x☐ Felony         ☐ Misdemeanor         ☐ Petty

____Indictment/____Information --- **no** prior complaint.
**X** Indictment/____Information --- based upon prior complaint [Case number: 05-80160 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

### Superseding Case Information:

Superseding to Case No: _____    Judge: _____

☐    Original case was terminated; no additional charges or defendants.
☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**

FILED '05 MAR -9 P3:53

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

3-9-05
Date

SUSAN E. GILLOOLY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9577
Fax: (313) 226-2372
E-Mail address: susan.gillooly@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04