UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER COOPER,

    Defendant.

CRIMINAL NO. 05-80237

HONORABLE BERNARD A. FRIEDMAN

FILED
MAR 15 2005
CLERK'S OFFICE
DETROIT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Christopher Cooper, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| Count 1: | 10 years - Life, a $4,000,000 fine, or both. |
| Count 2: | 30 year maximum, a $2,000,000 fine, or both. |
| Count 3: | 10 years - Life, a $4,000,000 fine, or both. |
| Count 4: | 10 years - Life, a $4,000,000 fine, or both. |
| Count 5: | Up to 10 years, a $250,000 fine, or both. |

/s/ Christopher Cooper
CHRISTOPHER COOPER
Defendant

Date: 3-15-05

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*[signature]*
RAFAEL VILLARRUEL
COUNSEL FOR DEFENDANT

DATE: 3/15/05